# United States District Court
## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 31 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA

V.

**JAMES DOUGLAS ROSS**

(Name & Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ-05-312-1

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

I further state that I am a **Special Agent** and that this complaint is based on the following facts:

On or about July 1, 2005, in the Eastern District of Washington, the Defendant, James Douglas ROSS, did knowingly dispose of a firearm, to wit: a Smith and Wesson, Model SW40F, .40 caliber pistol, serial number PACO692, to a person knowing or having reasonable cause to believe that such person had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

Continued on the attached sheet incorporated herein by this reference.  ☒ Yes  ☐ No

Signature of Complainant  Darrell Boné
Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me, and subscribed in my presence

Oct 31, 2005        at  Spokane, Washington
Date                    City and State

CYNTHIA IMBROGNO
United States Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Officer

P51025BF.GJC.wpd