UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. MJ-05-312 |
| v. | ) | ORDER SETTING PROBABLE CAUSE HEARING AND SETTING PERSONAL RECOGNIZANCE CONDITIONS OF RELEASE |
| JAMES DOUGLAS ROSS, | ) | |
| Defendant. | ) | |

At Defendant's November 3, 2005, arraignment, Assistant U.S. Attorney Jill Bolton appeared for the United States. Defendant was present with Assistant Federal Defender Christina Hunt. The United States did not seek detention of the Defendant. The United States did not move for detention.

**IT IS ORDERED** a probable cause hearing is set for **November 17, 2005, at 9:30 a.m.,** before the undersigned.

**IT IS FURTHER ORDERED** Defendant's release is subject to the following conditions:

1. Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise his supervising Pretrial Services Officer and his attorney within one business day of any charge, arrest, or contact with law enforcement.

2. Defendant shall advise the court and the United States

ORDER SETTING PROBABLE CAUSE HEARING AND SETTING PERSONAL RECOGNIZANCE CONDITIONS OF RELEASE - 1

1 Attorney in writing before any change in address.

2     3.   Defendant shall appear at all proceedings and surrender as
3 directed for service of any sentence imposed.

4     4.   Defendant shall sign and complete form A.O. 199C before
5 being released and shall reside at the address furnished.

6     5.   Defendant shall remain in the Eastern District of
7 Washington while the case is pending. On a showing of necessity,
8 Defendant may obtain prior written permission to leave this area
9 from the United States Probation Office.

10     6.   Defendant shall maintain or actively seek lawful
11 employment.

12     7.   Defendant shall not possess a firearm, destructive device
13 or other dangerous weapon.

14     8.   Defendant is further advised, pursuant to 18 U.S.C. §
15 922(n), it is unlawful for any person who is under indictment for a
16 crime punishable by imprisonment for a term exceeding one year, to
17 possess, ship or transport in interstate or foreign commerce any
18 firearm or ammunition or receive any firearm or ammunition which has
19 been shipped or transported in interstate or foreign commerce.

20     9.   Defendant shall refrain from the excessive use of alcohol,
21 and the use or possession of a narcotic drug and other controlled
22 substances defined in 21 U.S.C. § 802, unless prescribed by a
23 licensed medical practitioner.

24     10.   Defendant shall report to the United States Probation
25 Office before or immediately after his release and shall report as
26 often as they direct, at such times and in such manner as they
27 direct. Defendant shall contact his attorney at least once a week.

28     11.   Defendant shall have no contact, direct or indirect, with

ORDER SETTING PROBABLE CAUSE HEARING AND SETTING PERSONAL
RECOGNIZANCE CONDITIONS OF RELEASE - 2

Thys Vandervos, Larry McAdams, II, or Kerry McAdams.

**Defendant is advised a violation of any of the foregoing conditions of release may result in the immediate issuance of an arrest warrant, revocation of release and prosecution for contempt of court, which could result in imprisonment, a fine, or both. Specifically, Defendant is advised a separate offense is established by the knowing failure to appear and an additional sentence may be imposed for the commission of a crime while on this release. In this regard, any sentence imposed for these violations is consecutive to any other sentence imposed.**

DATED November 3, 2005.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER SETTING PROBABLE CAUSE HEARING AND SETTING PERSONAL RECOGNIZANCE CONDITIONS OF RELEASE - 3