FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 16 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

James A. McDevitt
United States Attorney
Eastern District of Washington
George J.C. Jacobs, III
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

**CR-05-0207-WFN**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES DOUGLAS ROSS,<br><br>　　　　Defendant. | INDICTMENT<br><br>Vio: 18 U.S.C. § 924(a)(1)(A)<br><br>False Statement or Representation Regarding the Acquisition of a Firearm From a Licensed Dealer |

The Grand Jury Charges:

That on or about the June 21, 2005, in Spokane County, in the Eastern District of Washington, the Defendant, JAMES DOUGLAS ROSS, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Pawn 1, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the Defendant, JAMES DOUGLAS ROSS, did execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, representing that he was the actual buyer of a firearm, specifically, a Smith & Wesson, model SW40F, .40 caliber pistol, serial number PAC0692, when in fact, as the Defendant, JAMES DOUGLAS ROSS, then well knew, he was acquiring the firearm on behalf of

INDICTMENT - 1

P51109BF.GJB.wpd

1 | another individual, in violation of Title 18, United States Code, Section
2 | 924(a)(1)(A).
3 |    DATED this 16TH day of November, 2005.
4 |                                    A TRUE BILL
5 |
6 |
7 | _Ronnie O Rue, Criminal Chief_____
for 8 | James A. McDevitt
   | United States Attorney
9 |
10 |
   | George J.C. Jacobs, III
11 | Assistant United States Attorney
12 |
...
28 |

INDICTMENT - 2
P51109BF.GJB.wpd