PROB 12A
(7/93)

Report Date: May 9, 2007

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Report on Offender Under Supervision**
*(No Action Requested)*

Name of Offender: James Douglas Ross          Case Number: 2:05CR00207-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 03/20/2006          Type of Supervision: Supervised Release

Original Offense: False Statement or Representation
Regarding the Acquisition of a Firearm from a
Licensed Dealer, 18 U.S.C. § 924(a)(1)(A)          Date Supervision Commenced: 12/26/2006

Original Sentence: Prison - 8 Months;          Date Supervision Expires: 12/25/2009
TSR - 36 Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

Violation Number          Nature of Noncompliance

1          **Special Condition # 14**: You shall not associate with known neo-Nazi/white supremacist members and neo-Nazi/white supremacist affiliates. In addition, you shall not possess neo-Nazi/white supremacist paraphernalia.

**Supporting Evidence**: On April 25, 2007, James Ross was contacted by a Spokane County Sheriff's deputy during a traffic stop. Mr. Ross was observed wearing a jacket with patches of 88, 14, and EWS. The number 88 is known to law enforcement as H H, standing for Heil Hitler. Mr. Ross reported that EWS stands for Eastern Washington Skin Heads. He further reported that he is no longer involved with the EWS.

On March 7, 2007, Mr. Ross met with the undersigned officer. He was verbally reprimanded for wearing Neo Nazi/white supremacist paraphernalia on or about April 25, 2007. He was also informed that wearing said items is a violation of his terms of supervision. Mr. Ross reported he currently is not involved with the Eastern Washington Skin Heads (EWS). However, the undersigned officer observed a new tattoo obtained by Mr. Ross on his neck reflecting "EWS Forever." He was further questioned and reported that although he is not involved with EWS, he continues to share their beliefs.

Prob12A
**Re: Ross, James Douglas**
**May 9, 2007**
**Page 2**

**U.S. Probation Officer Action:**

Mr. Ross has been verbally reprimanded, and informed if he continues to choose to possess any additional neo-Nazi/white supremacist paraphernalia, I will request official action from the Court. Therefore, no action is requested at this time pending Mr. Ross' compliance.

by    Respectfully submitted,

Richard B. Law
U.S. Probation Officer
Date: May 9, 2007

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

5/10/07
Date