PROB 12C
(7/93)

Report Date: December 14, 2007

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 14 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: James Douglas Ross          Case Number: 2:05CR00207-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 03/20/2006

| | |
|---|---|
| Original Offense: | False Statement or Representation Regarding the Acquisition of a Firearm from a Licensed Dealer, 18 U.S.C. § 924(a)(1)(A) |
| Original Sentence: | Prison - 8 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| Defense Attorney: | Kathleen Moran |

Type of Supervision: Supervised Release

Date Supervision Commenced: 12/26/2006

Date Supervision Expires: 12/25/2009

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

         **Supporting Evidence**: U.S. Boarder Patrol Agents were advised by a citizen on December 13, 2007, at 10:50 pm that an individual wearing camouflage clothing was loitering in the woods just North of the Laurier Port of Entry. Further investigation revealed that Mr. Ross, had assisted a Canadian citizen illegally enter the United States. Subsequently, on December 14, 2007, James Douglas Ross was arrested by U.S. Border Patrol agents for the offense of Alien Smuggling in violation of Title 8 U.S.C. § 1324. The undersigned officer has been advised by authorities that charges will be filed in the U.S. District Court for the Eastern District of Washington.

2        **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

         **Supporting Evidence**: The investigation that led to the arrest of Mr. Ross by border patrol agents on December 14, 2007, revealed that Mr. Ross traveled out of the United States and into the country of Canada, on or about December 13, 2007.

Prob12C
Re: Ross, James Douglas
December 14, 2007
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/14/07

Richard B. Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Dec 14 2007

Date